

FILED

FEB 0 5 2018

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, **Plaintiff,** vs. **MATTHEW THOMAS JORDAN,** Defendant. | CR 17-103-BLG-SPW ORDER |

Upon the United States' Unopposed Motion to Dismiss the Forfeiture Count (Doc. 19) contained in the indictment, and for good cause being shown,

IT IS HEREBY ORDERED, that the forfeiture count in the above-captioned case is **DISMISSED** with prejudice.

DATED this 5th day of February, 2018.

SUSAN P. WATTERS
United States District Judge

1