FILED

NOV 20 2019

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW THOMAS JORDAN,<br><br>Defendant. | CR 17-103-BLG-SPW<br><br>ORDER |

For the reasons stated on the record, MATTHEW THOMAS JORDAN is hereby released from the custody of the U.S. Marshals Service.

DATED this 20th day of November, 2019.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE